FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-CR-424-SVW |
| v. | |
| Karen Sarkisyan | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Elon Berk, Esq._____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

_9.15.2021_
Date

_[signature]_
Defendant's Signature

Los Angeles, California
City and State

## APPEARANCE OF COUNSEL

I, Elon Berk, Esq._____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_9/15/21_
Date

_[signature]_
Attorney's Signature

209642
California State Bar Number

15250 Ventura Blvd., Suite 1220
Street Address

Sherman Oaks, California 91403
City, State, Zip Code

818-205-1555
Telephone Number

818-205-1559
Fax Number

EBerk@CrimLawLA.com
E-mail Address

CR-14 (01/07)      DESIGNATION AND APPEARANCE OF COUNSEL