UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00424-SVW |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| KAREN SARKISYAN aka "Kevin Sarkisyan", | **CURRENT TRIAL DATE:** |
| Defendant. | April 5, 2022 |
| | **[PROPOSED] TRIAL DATE:** |
| | June 21, 2022 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 14, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from April 5, 2022 to June 21, 2022.  The pre-trial status conference is scheduled for June 13, 2022 at 11:00 a.m.

2.   The time period of April 5, 2022, to June 21, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 10B, First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, on June 13, 2022, at 11:00 a.m. for the pre-trial conference, and again on June 21, 2022 at 9:00 a.m.

//

//

//

//

//

//

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


March 18, 2022
_____
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE


Presented by:


/s/
_____
PATRICK J. QUEENAN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice