# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:21-cr-00424-SVW |
| Date | April 22, 2022 |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Karen Sarkisyan | | | X | N/A | | | |

**Proceedings:** IN CHAMBERS re SUBPOENAED DOCUMENTS

On April 13, 2022, the Court received subpoenaed items pertaining to the above-named defendant.

Either party may inspect the subpoenaed items before commencement of the trial or other contested proceeding upon request to the courtroom deputy clerk.

Counsel who prepared the original subpoenaed items in the case, upon request to the courtroom deputy clerk, may review and copy the subpoenaed items prior to trial or other contested proceeding.

Unless otherwise ordered, subpoenaed items will be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
    USM
    PSLA