# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:21-CR-00424(A)-SVW</u>       Recorder: <u>CS 09/19/2022</u>                Date: <u>09/19/2022</u>

Present: The Honorable <u>Rozella A. Oliver</u>, U.S. Magistrate Judge

Court Clerk: <u>Donnamarie Luengo</u>                    Assistant U.S. Attorney: <u>Patrick Queenan by VTC</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) KAREN SARKISYAN<br>        BOND-PRESENT BY VTC | 1) ELON BERK<br>        RETAINED BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the First Superseding Indictment and acknowledges having been read or having received a copy of the First Superseding Indictment and waives the reading thereof. .

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Stephen V. Wilson.
It is ordered that the following date(s) and time(s) are set:
Pre-trial Conference 09/19/2022 at 1:30 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 02</u>
Initials of Deputy Clerk: <u>DL by TRB</u>