## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-00424-SVW | Date | October 24, 2022 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Suzanne McKennon | Niall O'Donnell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Karen Sarkisyan | | X | X | Elon Berk | X | | X |

**Proceedings:**   [57] MOTION for Bill of Particulars Filed by Defendant Karen Sarkisyan

Case called. Attorneys state their appearances. The motion is denied.

|   |   : | 10 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
    USM
    PSLA