Elon Berk, Esq. [SBN 209642]
GUROVICH, BERK & ASSOCIATES, APC
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
**Karen Sarkisyan**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>KAREN SARKISYAN,<br><br>    Defendant. | CASE NO.: 21-CR-00424-SVW<br><br>**ORDER TO CONTINUE THE SENTENCING HEARING** |

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing regarding Defendant's Sentencing set for September 11, 2023 be continued December 18, 2023 at 11:00AM.

2. All conditions of release previously ordered by the Court shall remain in force and effect.

DATED: September 5, 2023

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

---

[PROPOSED] ORDER CONTINUING THE SENTENCING HEARING