# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN SARKISYAN,<br><br>Defendant. | Case No. 21-CR-424-SVW<br><br>**ORDER CONTINUING SENTENCING DATE**<br><br>CURRENT SENTENCING DATE:<br>December 18, 2023, at 11:00 a.m.<br><br>[PROPOSED] SENTENCING DATE:<br>March 11, 2024, at 11:00 a.m. |

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED THAT** the sentencing hearing for Defendant Karen Sarkisyan be continued from December 18, 2023, at 11:00 a.m., to March 11, 2024, at 11:00 a.m.

DATED: November 21, 2023

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**1**
**ORDER TO CONTINUE SENTENCING DATE**