

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:  Chief Deputy/Fiscal

**Re:  Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: __2:21−cr−00424−SVW__

Defendant's Name: __Karen Sarkisyan__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __05/29/2024__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __05/31/2024__ , it was verified the defendant:**

__has surrendered to the Bureau of Prisons__ .

**Verified via Bureau of Prisons website.**

__May 31, 2024__
Date

By __/s/ *Alison Bandek*__
Deputy Clerk

CR−86 (11/08)            VERIFICATION OF SURRENDER