```
Elon Berk, Esq. [SBN 209642]
 GUROVICH, BERK & ASSOCIATES, APC
 15250 Ventura Blvd., Suite 1220
   Sherman Oaks, California 91403
        Tel: (818) 205-1555
        Fax: (818) 205-1559
       Attorney for Defendant
          Karen Sarkisyan
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 21-CR-00424-SVW** |
| Plaintiffs, ) | **DECLARATION OF ELON BERK** |
| v. ) | |
| KAREN SARKISYAN, et al, ) | |
| Defendant. ) | |
| _____ ) | |

I, ELON BERK, declare as follows:

1. I am Karen Sarkisyan's attorney in the above-captioned matter. I make this declaration in support of Defendant's Motion to Reduce Sentence pursuant to 8 U.S.C.§3582(c)(1)(A)(i). Except as otherwise stated, I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

2. I have discussed the facts leading to the filing of this present Motion with Mr. Sarkisyan and his wife Ms. Astsaturyan.

3. On August 1, 2024 Mr. Sarkisyan submitted a detailed request (including all the facts included in the present Motion) to the Warden

of FCI Lompoc. As of the date of this Declaration, Defendant has not received a formal reply from the Warden.  However, in mid-September, Defendant's case manager informed him orally that Defendant's request for early release was going to be denied.

4. Ms. Astsaturyan's advised me that she is the mother of three children ages 10, 8, and 18 months old. She further stated that her current pregnancy is high risk due to the presence of ongoing vaginal bleeding, a subchronic hematoma (placenta blood clot) and placenta previa (low placenta).  Moreover, Ms. Astsaturyan also has a history of two miscarriages. Throughout her present pregnancy, Ms. Astsaturyan has had vaginal bleeding that raise concern for separation of the placenta, expansion of the hematoma and increased risk for miscarriage and labor and delivery. Her physician has instructed her not to travel due to a possible need for blood transfusion at any given moment should her bleeding continue. Ms. Astsaturyan was also advised that there is a possibility that she will be placed on hospital bed rest and that she has to make sure that all the arrangements for the care of her other children are done immediately. Ms. Astsaturyan is frequently seen by her physician where she is monitored and undergoes the necessary medical tests to determine the optimal date to induce labor.  Recently, she was advised that she may be hospitalized to induce labor earlier than anticipated but not later than December 20, 2024.

5. Mr. Sarkisyan and his wife have both advised me that their in a four split level home. For example, going from the kitchen to the kids' room requires 3 sets of stairs, each consisting of 8 to 10 stairs. Ms. Astsaturyan advised me that caring for the children is very physically demanding for her.  Moreover, Defendant and his wife

advised me that they have vey limited assistance from their, respective, family members.

Defendant's mother is 86 years old, who lives on her own and she has her own slew of health issues. She has a stroke in October, 2023, and as a result she requires constant assistance with her daily living activities. Defendant's brother, who lives in the Unites States, is 56 years old, divorced and oxygen dependent due to severe COPD. His lungs are working at 27% capacity and he is currently a candidate for a lung transplant. Thus, he can not even walk up one flight of stairs without having severe shortness of breath. Since the time of Defendant's incarceration, Defendant's brother has been the only person caring for Defendant's mother even though he, himself, requires assistance with certain tasks. Defendant's other brother resides in Armenia and is unable to travel to the United States due to his full time employment. Even if he were able to take significant time off from his employment, he applied to obtain visa numerous times in the past, including to attend Defendant's father's funeral, but was denied entry every single time.

Ms. Astsaturyan's advised me that her immediate family in no position to assist her in providing care for the children. Her sister, Inga Keshishyan, is 27 years old. She is married and is currently caring for her own infant child. Ms. Astsaturyan's mother, Marina Martirosyan, is divorced. She is employed full time and she is the only caretaker for her elderly parents. Ms. Astsaturyan's grandmother, Anahit Tokhalyan, is 71 years old. She lives with her daughter.

6. Mr. Sarkisyan and his wife both advised me that it is imperative that this Court grant his motion for compassionate release.

Defendant's presence at home in the period before, during and after his wife's delivery is crucial to support his wife and children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

DATED: November 11, 2024

**/s/ Elon Berk, Esq.**
Elon Berk, Esq.