

**LAWRENCE D. PLATT, MD**
**JANET HORENSTEIN, MD**
**PAOLA AGHAJANIAN, MD**

July 8, 2024

**RE: Ani Astsaturyan (DOB 10/04/1991)**

To Whom It May Concern:

Ani Astsaturyan is a patient under my care in the Maternal Fetal Medicine clinic due to her high-risk pregnancy. Her due date is December 31, 2024. Ani's pregnancy is high-risk due to the presence of ongoing vaginal bleeding, a subchorionic hematoma (placental blood clot) and placenta previa (low placenta). She also has a history of two miscarriages. Ani has continued to have vaginal bleeding in significant amounts over the last 2 weeks that raise concern for separation of the placenta, expansion of the hematoma and increased risk for miscarriage and preterm labor and delivery in the upcoming weeks. I have strongly advised Ani to rest in bed or sit on the couch throughout the day. I instructed her to not engage in strenuous activities and heavy lifting. My strict instructions to Ani were not to lift or carry her children, not to do housework such as cooking or cleaning, not to exercise and not to participate in activities that require a lot of walking, climbing stairs or bending down. I also instructed her not to travel internationally and to cancel any previously planned domestic trips in the immediate future as she is at increased risk for hemorrhaging and needing a blood transfusion. Should you have questions regarding my recommendations, please contact my office at 323-857-1952.

Sincerely,

Paola Aghajanian, MD
Maternal Fetal Medicine

6310 SAN VICENTE BOULEVARD • SUITE 520 • LOS ANGELES, CA 90048
TEL 323.857.1952 • FAX 323.857.1804 • www.centerforfetalmedicine.com