Elon Berk, Esq. [SBN 209642]
**GUROVICH, BERK & ASSOCIATES, APC**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
**Karen Sarkisyan**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>v.<br><br>KAREN SARKISYAN, et al,<br><br>                    Defendant.<br>_____ | ) **CASE NO.: 21-CR-00424-SVW**<br>)<br>) **[PROPOSED] ORDER TO REDUCE**<br>) **SENTENCE**<br>) **[18 U.S.C.§3582(c)(1)(A)(i)]**<br>)<br>)<br>)<br>)<br>)<br>) |

For good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendants Motion to Reduce his Sentence is hereby granted. Defendant's custodial sentence shall modified to time served as of _____, 2024.

2. All terms of the Judgment previously ordered by the Court shall remain in force and effect.


DATED: _____

                              _____
                              HONORABLE STEPHEN V. WILSON
                              United States District Judge

---

MOTION TO REDUCE SENTENCE