UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:21-CR-00424-SVW |
| Plaintiffs, | ORDER TO REDUCE SENTENCE [18 U.S.C.§3582(c)(1)(A)(i)] |
| v. | |
| KAREN SARKISYAN, et al, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendants Motion to Reduce his Sentence is hereby granted. Defendant's custodial sentence shall modified to time served as of December 2, 2024.

2. All terms of the Judgment previously ordered by the Court shall remain in force and effect.

DATED: December 2, 2024

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

MOTION TO REDUCE SENTENCE